- Atty Cade
- J Neimuer UST

10:30 AM **3-20-10422-cjf** CCC Lot 2, LLC
Ch 11

**Madison**

**Moving:** John Van Lieshout (414-298-1000) Frank DiCastri

**Opposing:**

**Debtor or Plaintiff Attorney:** ✓ Jerome R. Kerkman (414/277-8200) for CCC Lot 2, LLC w/ Eisenga
Evan P. Schmit (414/277-8200) for CCC Lot 2, LLC

**Matter: Hearing on Motion by Alliant Credit Union to Dismiss Case (Doc # 27)**

**Private Comment Scheduled per PM at #76 in 20-10423 Eisenga case. Alliant Credit Union objs to Exh by debtor #104**

**Judge Hearing Notes:**

OUTCOME: Settled / Granted / Denied / W/D / Approved / Allowed / Disallowed / Sustained / Overruled / Dismissed

~~Stip.~~/Order by DiCastri ______ Order by Court

Order Docket No. ____________

______ Plan confirmed: ___Ch. 13 TR ___Ch. 12 Atty. ___Ch. 11 Atty. to submit proposed order confirming plan

DISMISSED: Order by ________________ Stay dismissal for ______ days to:

___amend/modify plan ___bring current ___convert ___file adv. proc. ___ _____________[misc.]

SCHEDULE: TC MSN EAU SUP VIDEO ZOOM Date______________ Time________ [Waive 30 ____]

Parties agree that _______ [hours/ days] will be sufficient to hear the matter & no continuances

Issue Standard Pre-Hrg. Order [7/3] ______[Yes/No]

Changes: ________________

OTHER: Motions/Briefs: ________________

_____ Under Advisement Other: the motion is granted and

X ORDER: For the reasons stated from the bench, the case is dismissed.

IT IS SO ORDERED:

X ECF

___ cc: parties in interest
___ cc: parties appearing

Hon. Catherine J. Furay, U.S. Bankruptcy Judge
U.S. Bankruptcy Court for the Western District of Wisconsin