# UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WISCONSIN

U.S. Federal Courthouse
120 N. Henry Street
Madison, WI 53703

---

In Re:

Case Number: 3−20−10422−cjf
Chapter: 11

CCC Lot 2, LLC

Debtor(s).

---

**Notice of Transcript and Deadline for Requesting Redaction**

To: All Persons of Record at Hearing

Please be advised that a transcript of the hearing held 7/10/20, was filed with the Court on 7/31/20. Pursuant to the Judicial Conference Policy on Electronic Availability of Transcripts of Court Proceedings, you are notified that you may request to have personal data identifiers redacted from the transcript.

If you wish to have personal data identifiers redacted from the transcript, you must file a Notice of Intent to Request Redaction within seven **(7) business days** of this notice. Personal data identifiers include: **social security numbers, financial account numbers, names of minor children, dates of birth, and home addresses**. If no such Request is filed within the allotted time, the Court will presume redaction of personal data identifiers is not necessary.

**Within 21 calendar days** after the date the transcript was filed, any party seeking redaction shall file a Statement of Transcript Redactions identifying the location of the personal data identifiers sought to be redacted. The party filing the Statement shall serve it by regular mail upon all parties at the hearing and shall include a certificate of service listing the date and parties served. The Statement of Transcript Redactions will be restricted from public view and cannot be served electronically through the CM/ECF system. If no Statement of Transcript Redactions is filed within the allotted time, the Court will presume redaction of personal identifiers is not necessary.

Any party may file a response in opposition to the Statement within fourteen (14) calendar days of the date the Statement is filed using the *Response to Statement of Transcript Redactions* event. If a response in opposition to the Statement is filed, the Court will rule on the matter. You will be notified of any hearing on the matter. The final transcript will be made publicly available through the CM/ECF case database upon expiration of the restriction period.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

Dated: July 31, 2020

Lara Wild, Clerk
U.S. Bankruptcy Court