# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0758−3 | User: | Date Created: 7/31/2020 |
| Case: 3−20−10422−cjf | Form ID: transap | Total: 4 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee's Office | USTPRegion11.MD.ECF@usdoj.gov |
| aty | Frank W. DiCastri | fdicastri@reinhartlaw.com |
| aty | Jennifer K Niemeier | Jennifer.Niemeier@usdoj.gov |
| aty | Jerome R. Kerkman | jkerkman@kerkmandunn.com |

TOTAL: 4